

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00196-CR
_____

LASHA EILEEN SPACEK, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 428th District Court
Hays County, Texas[1]
Trial Court No. CR-19-1300-D, Honorable Daniel H. Mills, Presiding

July 13, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Lasha Eileen Spacek, appeals her conviction for theft[2] and sentence to two years' confinement in a state jail facility. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and her attorney. As no decision of

_____

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE ANN. § 73.001.

[2] See TEX. PENAL CODE ANN. § 31.03(e)(4)(D).

the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.